UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Robert Blake

_____

(Enter above the full name of the plaintiff      (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                CIVIL ACTION NO. 2:10-1320
                          *(Number to be assigned by Court)*

Lisa R Frye

Rec Be More

Co Nate Kendrick

Rec Timothy Epperly

(Enter above the full name of the defendant
or defendants in this action)

FILED
NOV 2 2 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ✓          No _____

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Robert Blake

   Defendants: Lt David Miller
   Timothy Carroll Counselor
   Sgt Price Maze

2. Court (if federal court, name the district; if state court, name the county);

   Charleston West Virginia

3. Docket Number: 2:10-CV-00031

4. Name of judge to whom case was assigned:

   Thomas e Johnston

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still Pending

6. Approximate date of filing lawsuit: May-4-2010

7. Approximate date of disposition: N/A

2

II. **Place of Present Confinement:** Mount olive CoRRectional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If you answer is YES:

        1. What steps did you take? Unit Manager/Warden Commissioner

        2. What was the result? Never did get a answer back on thone of them.

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Robert Blake

        Address: Mount olive CoRRectional Complex 1 Mountainside way Mount olive WV a/25185

    B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Lisa R frye

is employed as: office Assistant

at  1Mountainside way Mountolive WVa 25185-1000.

D. Additional defendants: Co Nate Kendrick.
at 1Mountainside way Mountolive WVa 25185-1000.

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Lisa R frye she Notary Bunch of paper work for This two name I got on There sayin I wounted To sell Them That property I got up There in District of proctory Wetzel County.

4

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. What I would like for The court To do is fix It Where I can keep The Property
2. fix It Where I can get The Pamit of The Property

5

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        Person/s -_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

    If so, state the name(s) and address(es) of each lawyer contacted:

    W. Henry Lawrence 400 White Oaks Boulevard Bridgeport WV, 26330.

    If not, state your reasons: N/A.

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ____

6

If so, state the lawyer's name and address:

W. Henry Lawrence, 400 White Oaks Boulevard Bridgeport WV 26330

Signed this 15 day of November, 2010.

Robert Blake

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2010.
(Date)

Robert Blake
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7